AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| VINCENT CARUSO, a/k/a "FATZ", a/k/a "BIG BOY" | ) | Case No. |
| ERNEST JOHNSON, a/k/a "YO PESCI" | ) | 21-MJ-1436 |
| LAURIE CARUSO | ) | |
| NICOLE BENTON | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  2/1/2020 through 6/29/2021  in the county of  Essex and Middlesex  in the
___ District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846; | Conspiracy to Distribute, Manufacture, and PWID Controlled Substances; |
| 18 U.S.C. § 1956(h), (a)(1)(B)(i) | Money Laundering Conspiracy |
| 18 U.S.C. § 924(o); | Conspiracy to Use and Carry, Brandish, and Discharge Firearms During and in Relation to a Drug Trafficking Crime; |
| 21 U.S.C. §§ 843(a)(6), 846. | Conspiracy to Possess A Tableting Machine, Knowing it Will Be Used to Manufacture a Controlled Substance |

This criminal complaint is based on these facts:

See attached affidavit of SA Craig Harvey

☑ Continued on the attached sheet.

_____
Complainant's signature

SA Craig Harvey, FBI
Printed name and title

Sworn to by telephone in accordance with Fed. R. Crim. P. 4.1.

Date:  6/29/2021

_____
Judge's signature

City and state:   Boston, Massachusetts         Hon. Donald L. Cabell, Magistrate Judge
Printed name and title