UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | M.J. No. 21-1436-DLC |
| | ) | |
| v. | ) | |
| | ) | |
| 1.   VINCENT CARUSO, | ) | |
|      a/k/a "Fatz"; | ) | |
| | ) | |
| 2.   ERNEST JOHNSON, | ) | |
|      a/k/a "Yo Pesci," a/k/a "Mr. Live, Mr. Drive"; | ) | |
| | ) | |
| 3.   LAURIE CARUSO; and | ) | |
| | ) | |
| 4.   NICOLE BENTON, | ) | |
| | ) | |
|      Defendants. | ) | |

## **MOTION FOR DETENTION**

The United States of America moves for pretrial detention, pursuant to the Bail Reform Act, 18 U.S.C. § 3141 et seq., of all four defendants charged in this case:

1. VINCENT CARUSO, a/k/a/ "Fatz";

2. ERNEST JOHNSON, a/k/a "Yo Pesci," a/k/a "Mr. Live, Mr. Drive";

3. LAURIE CARUSO; and

4. NICOLE BENTON.

As alleged in the complaint, and as supported by the affidavit in support of the criminal complaint of FBI Special Agent Craig Harvey, ("Complaint Affidavit") and Exhibit 1 & 2 to this motion, each of the defendants is a member of a sophisticated drug trafficking organization that supplies counterfeit pressed fentanyl pills and other controlled substances, including to known street gangs, and is believed to operate multiple pill presses that are capable of generating thousands of pressed fentanyl pills per hour (the "CARUSO DTO"). Each of the defendants poses

a significant risk to public safety, a significant risk of flight, and as a significant risk of obstructing justice.

I. **Eligibility for Detention**

As to each of the defendants, the government moves for detention under the following provisions of the Bail Reform Act:

1. 18 U.S.C. § 3142(f)(1)(B), because the defendants are charged with an offense for which the maximum sentence is life in prison (specifically, as to all Defendants, 21 U.S.C. §§ 846, 841(b)(1)(A)(vi), and additionally, as to VINCENT CARUSO and ERNEST JOHNSON, because they are charged with violating 18 U.S.C. § 924(o), and the offense involved a machine gun;

2. 18 U.S.C. § 3142(f)(1)(C), because the defendants are charged with an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act;

3. 18 U.S.C. § 3142(f)(1)(E), because the defendants are charged with felonies that involve the possession or use of a firearm;

4. 18 U.S.C. § 3142(f)(2)(A), because there is a serious risk that the defendants will flee; and

5. 18 U.S.C. § 3142(f)(2)(B), because there is a serious risk that the defendants will attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a potential witness.

II. **Each of the Factors to be Considered Strongly Favors Pretrial Detention of the Defendants**

a. **The Nature and Circumstances of the Offense Favor Detention**

The nature and circumstances of the offense are dangerous and violent. Each of the defendants is a member of a drug trafficking organization that supplies counterfeit pressed fentanyl pills, often designed to appear as Percocet 30 mg pills ("Perc 30s"), and other controlled substances, including to street gangs, and is believed to operate multiple pill presses that are capable of generating thousands of pressed fentanyl pills per hour. The CARUSO DTO's operations are extensive and involve numerous vehicles and locations used to manufacture and

distribute controlled substances, as well as conducting numerous transactions designed to launder illicit proceeds. *See, e.g.*, Compl. Aff. ¶¶ 12, 72–80. The evidence additionally illustrates VINCENT CARUSO's and JOHNSON's possession of firearms in furtherance of, and use and carry firearms during and in relation to, their drug trafficking. *See id.* ¶¶ 17, 46, 49, 50, 53, 58, 61, 65. Indeed, one video depicts JOHNSON repeatedly stating "we got plenty of them thangs," apparently referring to firearms, and flipping what appear to be a series of firearms in the air in front of the camera, stating "we ready to go to war." *Id.* ¶ 50. Additionally, members of the CARUSO DTO have been identified to have orchestrated intimidation of a witness related to an armed robbery and home invasion. *Id.* ¶ 13.

During the searches executed this morning numerous firearms were recovered, including a firearm that appears similar to the green firearm possessed by JOHNSON during the social media videos. Additionally, a firearm with a selector switch was located in a location controlled by the CARUSO DTO. *See* Exhibit 1.

      **b.**      **The Weight of the Evidence Favors Detention**

The weight of the evidence against the defendants-at least for purposes of a bail determination-is overwhelming and strongly favors detention. The government has submitted the actual videos referenced in the Complaint Affidavit on Exhibit 2 to this motion, which is a compact disc.

The evidence includes, among other things: photographs and videos extracted from cellular phones pursuant to search warrants and/or social media that depict VINCENT CARUSO and JOHNSON with firearms, including one video appearing to depict VINCENT CARUSO's hand gripping a firearm qualifying as a machinegun under federal law; a video in which VINCENT CARUSO states that he makes "Perc 30s" – which, as detailed in the Complaint Affidavit, is

3

believed to be a reference to the counterfeit pressed fentanyl pills known to be manufactured and distributed by the CARUSO DTO; a video sent by VINCENT CARUSO via Snapchat appearing to depict a brick of fentanyl; a video sent by VINCENT CARUSO via Snapchat appearing to depict approximately over 30,000 pressed fentanyl pills; video surveillance from a casino of the defendants on numerous occasions appearing to place bets that are alleged to be facilitated in order to launder illicit drug proceeds, controlled purchases by a cooperating witness, and a recording in which VINCENT CARUSO states that he owns six presses worth $5,000 and another higher-quality press worth $60,000 that produces 15,000 pills an hour and agrees to purchase another pill press. *See generally* Compl. Aff.

    c.    **The History and Characteristics of the Defendants Favor Detention**

The history and characteristics of the defendants also favors detention. VINCENT CARUSO has multiple prior arrests for firearms, home invasion, robbery, assault, and drug offenses; is presently under indictment in connection with a January 2020 state case for firearms and fentanyl trafficking offenses; and has an additional open case relating to a May 2018 investigation. *Id.* ¶¶ 14–20. JOHNSON has numerous criminal convictions for various offenses including illegal firearms possession, threats, violations of abuse prevention order, receiving stolen motor vehicle, and multiple counts of assault and battery on a correctional officer, a felony. *Id.* ¶¶ 21–24. LAURIE CARUSO is also presently under indictment for drug offenses related to the same January 2020 case for which VINCENT CARUSO was charged and is additionally charged with VINCENT CARUSO for drug offenses relating to the above-described May 2018 case. *Id.* ¶¶ 25–29. BENTON has one prior conviction for resisting arrest, for which a suspended sentence was imposed. *Id.* ¶¶ 30.

    d.    <u>**The Seriousness of Danger to Others Favors Detention**</u>

The seriousness of the danger to others is enormous. As detailed in the Complaint Affidavit, fentanyl is driving overdose deaths throughout the District of Massachusetts. *See* Compl. Aff. ¶¶ 4–8. As noted by the Massachusetts Department of Health, fentanyl was present in 92% of the 1,895 opioid-related overdose deaths in 2020 where a toxicology screen was available; notably, this represents a 5% increase from 2019. *Id.* ¶ 4. Moreover, per DEA reporting, counterfeit pills containing fentanyl are becoming increasingly prevalent and contributing to the opioid epidemic in great numbers, and disproportionately impacting communities of color. *Id.* ¶¶ 5–6. As detailed throughout the Complaint Affidavit, each of the defendants are believed to be members of a sophisticated drug trafficking organization that supplies counterfeit pressed fentanyl pills and other controlled substances, including to known street gangs, and is believed to operate multiple pill presses capable of generating thousands of pressed fentanyl pills per hour. *See, e.g.*, *id.* ¶¶ 13. 17, 37–45.

Additionally, as detailed above, the evidence overwhelmingly illustrates the involvement of firearms, including one that qualifies as a machinegun under federal law.

   e.   **The Risk of Flight and Risk of Obstruction of Justice Favors Detention**

Finally, CARUSO has been identified to have orchestrated witness intimidation, and the government anticipates submitting additional evidence under seal concerning the potential for witness intimidation and retaliation based on prior incidents. *Id.* ¶ 13. Moreover, evidence illustrates that the defendants have access to large amounts of money, i.e., including illicit proceeds from drug trafficking, which could easily facilitate their flight to avoid prosecution. *Id.* 44, 72–80.

## **CONCLUSION**

Each of the Defendants poses a significant risk to public safety, a significant risk of flight, and a significant risk of obstructing justice. The government reserves its rights to supplement its arguments for detention, including with information derived from the searches of certain locations that are ongoing as of this filing, and upon reviewing the full bail report (including pretrial interview) prepared by the U.S. Pretrial Services Office as to each defendant.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

 /s/ *Philip A. Mallard*
Philip A. Mallard
Sarah B. Hoefle
Assistant United States Attorneys
One Courthouse Way
Boston, MA 02210

## CERTIFICATE OF SERVICE

I, Philip A. Mallard, hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Date: June 30, 2021

*/s/ Philip A. Mallard*
Philip A. Mallard
Assistant United States Attorney