```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA**

     V.                          CRIMINAL NO. 21-MJ-01436-DLC

**VINCENT CARUSO**
       **Defendant**

## DEFENDANT'S ASSENTED-TO MOTION FOR AN ORDER OF VOLUNTARY DETENTION

Now comes the defendant and respectfully requests that this Court enter an Order of Voluntary Detention without prejudice.

Undersigned counsel has conferred with the defendant, Vincent Caruso and discussed his right to a preliminary hearing on the issue of probable cause. After thoughtful deliberation the defendant has elected to waive his right to a preliminary hearing on the issue of probable cause and request that the Court enter an Order of Voluntary Detention without prejudice at this time.

Undersigned counsel has conferred with AUSA Phillip Mallard regarding this Motion and has received his Assent.

```
     Defendant, by his attorney,
     /s/ Carlos J. Dominguez
     Carlos J. Dominguez
     90 Canal Street
     Suite 400
     Boston, MA 02114
     (617) 742-2824
     BBO # 567005                         Date: 7/7/21
```

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on all counsel of record on July 7, 2021 by complying with this court's directives on electronic filing.

/s/ Carlos J. Dominguez